IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02664-REB-BNB

JOSHUA C. JOHNSON,

Plaintiff,

v.

GEORGE SANTINI,
ALICIA VINYARD,
T. K. COZZA RHODES, and
PETER BLUDWORTH,

Defendants.
_____

**ORDER**
_____

This matter arises *sua sponte*. It appears from the record that on December 3, 2013, defendants Santini, Vinyard, Cozza Rhodes, and Bludworth were served with a request to waive service [Doc. #12]. The defendants have waived service [Doc. #16]. Their responsive pleading is due "within 60 days after the request for a waiver was sent." Fed. R. Civ. P. 12(a)(1)(A)(ii).

IT IS ORDERED:

(1) On or before **March 3, 2014**, these defendants shall answer or otherwise respond to the Complaint; and

(2) The Clerk of the Court is directed to mail a copy of this order to Kevin Traskos, Assistant United States Attorney, 1225 17th Street, Suite 700, Denver, CO 80202.

Dated February 24, 2014.

                                              BY THE COURT:

                                              _s/ Boyd N. Boland_____
                                              United States Magistrate Judge