IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02664-REB-BNB

JOSHUA C. JOHNSON,

Plaintiff,

v.

GEORGE SANTINI,
ALICIA VINYARD,
T. K. COZZA RHODES, and
PETER BLUDWORTH,

Defendants.
_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion Demaning** [sic] **Defedant's** [sic] **to Disclose** [Doc. #30, filed 05/16/2014] (the "Motion").  The Motion is GRANTED.

The plaintiff states that he has not received the defendants' motion for summary judgment [Doc. #27].  The plaintiff requests that the court order the defendants to serve the summary judgment motion and that he be permitted 30 days to file a response to the motion.  The defendants certify that on April 30, 2014, they served the summary judgment motion on the plaintiff at his address of record.  The certification notwithstanding,

IT IS ORDERED:

(1)  The Motion is GRANTED;

(2)  The defendants shall re-serve the motion on the plaintiff at his address of record on or before **May 27, 2014**; and

(3)  The plaintiff shall respond to the motion on or before **June 30, 2014**.

Dated May 19, 2014.

                                      BY THE COURT:

                                      _s/ Boyd N. Boland_____
                                      United States Magistrate Judge