IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02664-REB-BNB

JOSHUA C. JOHNSON,

Plaintiff,

v.

GEORGE SANTINI,
ALICIA VINYARD,
T. K. COZZA RHODES, and
PETER BLUDWORTH,

Defendants.

_____

**ORDER**

_____

This matter arises on the plaintiff's **Motion for Joinder of Claims and Joinder of**

**Parties** [Doc. #62, filed 11/17/2014].  The plaintiff seeks to file a supplement to his Amended

Complaint which adds allegations and defendants.

The plaintiff may not amend his Amended Complaint by simply filing piecemeal

amendments and supplements.  Rather, he must file the entire proposed amended complaint on

the court's prisoner complaint form.  The plaintiff may not incorporate by reference his original

or Amended Complaint into the proposed second amended complaint.  The second amended

complaint must stand alone; it must contain all of the plaintiff's claims.  Mink v. Suthers, 482

F.3d 1244, 1254 (10th Cir. 2007) (stating that "an amended complaint supercedes an original

complaint and renders the original complaint without legal effect") (internal quotations and

citations omitted).

IT IS ORDERED:

(1)   The plaintiff's Motion for Joinder of Claims and Joinder of Parties [Doc. #62] is

DENIED WITHOUT PREJUDICE; and

(2)   The Clerk of the Court is directed to mail a copy of the court's prisoner complaint

form to the plaintiff.

Dated November 21, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge