IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02664-REB-BNB

JOSHUA C. JOHNSON,

Plaintiff,

v.

GEORGE SANTINI,
ALICIA VINYARD,
T. K. COZZA RHODES, and
PETER BLUDWORTH,

Defendants.

---

# ORDER

---

This matter arises on the plaintiff's **Motion for a Copy of the Docket Sheet Without Payment of Costs** [Doc. #75, filed 01/05/2015] (the "Motion").  The plaintiff requests a copy of the docket sheet in this case without payment of copying fees.

IT IS ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to mail a copy of the docket sheet to the plaintiff at no expense.

Dated January 23, 2015.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge