**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02664-REB-NYW

JOSHUA C. JOHNSON

      Plaintiff,

v.

GEORGE SANTINI, et al.,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#102] of Judge Robert E. Blackburn entered on September 16, 2015 it is

ORDERED that judgment is entered in favor the defendants, George Santini, Alicia Vineyard, T.K. Cozza Rhodes, Peter Bludworth, against the plaintiff, Joshua C. Johnson; and it is

ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of September, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                            By: s/   K. Finney

                                   K. Finney
                                   Deputy Clerk